IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL WARREN PHILLIPS, SR.                                    PLAINTIFF

v.                          Civil No. 07-5234

SHERIFF KEITH FERGUSON; and
CAPTAIN HUNTER PETRAY                                           DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the plaintiff, Michael Warren Phillips, Sr., pursuant to the provisions of 42 U.S.C. § 1983. Plaintiff is proceeding *pro se* and *in forma pauperis*.

When he filed this case on December 19, 2007, plaintiff was incarcerated in the Benton County Detention Center (BCDC). At the time, plaintiff was advised of his obligation to keep the court advised at all times of his current address.

According to records of the BCDC, plaintiff was released from incarceration on January 23, 2008. Plaintiff did not advise the court of his release and all mail sent to him at the BCDC was returned as undeliverable. Defendants have now filed a motion to dismiss this action (Doc. 9) based on their inability to conduct discovery in this case. Defendants have been unable to serve the plaintiff with interrogatories and requests for the production of documents. Court staff obtained the home address plaintiff provided detention center officials when he was booked in and a change of address was entered on his behalf (Doc. 12).

On May 15, 2008, a show cause order was entered giving plaintiff until May 28, 2008, to show cause why this action should not be dismissed based on his failure to keep this court and opposing counsel informed of his address and his failure to prosecute this action. Plaintiff was

advised that if he failed to respond to the show cause order that this case would be dismissed based on his failure to obey the orders of the court and his failure to prosecute this action.

To date, plaintiff has not responded to the show cause order. The show cause order and change of address were not returned to the court as undeliverable. Plaintiff has not requested an extension of time to respond to the show cause order. Plaintiff has not communicated with the court in anyway.

I therefore recommend that defendants' motion to dismiss (Doc. 9) be granted and that this case be dismissed.

**The parties have ten days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 11th day of June 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE